**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRITNEE MORRIS** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-2806** |
| | : | |
| **JAMES SUTTON, et al.** | : | |

## ORDER

This 19th day of February, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to prelude evidence of medical charges payable by insurance, ECF 19, is **GRANTED** as to past medical expenses and **DENIED** as to future medical expenses.

 /s/ Gerald Austin McHugh
United States District Judge