# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITNEE MORRIS** | : |
| | : |
| v. | : CIVIL ACTION NO. 23-2806 |
| | : |
| **JAMES SUTTON, et al.** | : |

## ORDER

This 19th day of February, 2025, it is hereby **ORDERED** that Defendants' Motion to Preclude the Testimony of Alisa Dayanim, ECF 20, is **DENIED** without prejudice to renewal in advance of trial.

 /s/ Gerald Austin McHugh  
United States District Judge
